1  PATRICK H. HICKS, ESQ., Bar # 004632
   KAITLYN M. BURKE, ESQ., Bar # 13454
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:         702.862.8811
5
   Attorneys for Defendant
6  NUGENT, LLC dba GREAT CLIPS

7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11 | ANGELA BABB,                                  |
12 |         Plaintiff,                            | Case No. 2:15-cv-00562-JAD-PAL
13 | vs.                                           | **STIPULATION AND [PROPOSED]**
                                                     **ORDER TO CONTINUE EARLY**
14 | NUGENT, LLC dba GREAT CLIPS, a                | **NEUTRAL EVALUATION SESSION (ENE)**
   | Nevada limited liability company; and
15 | DOES 1-50, inclusive,                         | **[FIRST REQUEST]**
16 |         Defendants.                           |

17

18       Plaintiff ANGELA BABB ("Plaintiff") and Defendant NUGENT, LLC dba GREAT CLIPS,

19 by and through their respective counsel, hereby stipulate and agree to re-schedule the date for the

20 Early Neutral Evaluation ("ENE"), presently scheduled for July 14, 2015, at 9:00 a.m., before the

21 Honorable George Foley, Jr. (Doc. #9).

22       On the currently scheduled date, July 14, 2015, Defendant's Counsel has another ENE

23 scheduled in a separate matter.  As a result, the parties have agreed to re-schedule the ENE Session

24 to July 15, 2015 at 9:00 a.m.

25 / / /

26 / / /

27 / / /

28 / / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties further request that the confidential written evaluation statement be due one week prior to the new date of the ENE Session, on July 8, 2015. This extension is sought in good faith, and not for the purpose of undue delay.

Dated: May 15, 2015

Respectfully submitted,

/s/ Daniel R. Watkins, Esq.
DANIEL R. WATKINS, ESQ.
BRIAN S. LETOFSKY, ESQ.
WATKINS & LETOFSKY, LLP

Attorneys for Plaintiff
ANGELA BABB

Dated: May 15, 2015

Respectfully submitted,

/s/ Kaitlyn M. Burke, Esq.
PATRICK H. HICKS, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
NUGENT, LLC dba GREAT CLIPS

IT IS SO ORDERED.

Dated this 18th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:133572604.1 999999.6640

2.