UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Angela Babb,

    Plaintiff

v.

Nugent, LLC dba Great Clips, a Nevada limited liability company,

    Defendant

2:15-cv-00562-JAD-PAL

**Order Denying Motion to Dismiss as Moot Due to Amended Complaint**
[#6]

    Plaintiff Angela Babb brings this action against her employer Nugent, LLC dba Great Clips, for alleged violations of the Americans with Disabilities Act, the Fair Labor Standards Act, and Nevada law.[1] Twenty days after the defendant moved to dismiss her claims,[2] Babb filed an amended complaint.[3]

    Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure permits parties to amend their complaints once as a matter of course within 21 days of a motion to dismiss.[4] Plaintiff's amended complaint was timely filed as of right. Once filed, an amended pleading supersedes the original pleading in its entirety, mooting a motion to dismiss the original pleading. *See Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997).

    Accordingly, the defendant's motion to dismiss **[Doc. 6] is DENIED** as moot and without prejudice.

    Dated June 3, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] Doc. 1.

[2] Doc. 6.

[3] Doc. 14.

[4] Fed. R. Civ. P. 15(a)(1)(B).